# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140699

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PIERRE MARTIN MURPHY,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140699
COA: 289562
Wayne CC: 08-011367-FC

_____/

On order of the Court, the application for leave to appeal the January 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010 _____

0517

_____
Clerk